NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WASICA FINANCE GMBH, BLUEARC FINANCE AG,**
*Appellants*

v.

**CONTINENTAL AUTOMOTIVE SYSTEMS, INC., SCHRADER-BRIDGEPORT INTERNATIONAL, INC., SENSATA TECHNOLOGIES HOLDING NV, SI INTERNATIONAL (TOPCO), INC.,**
*Cross-Appellants*

---

2015-2078, -2079, -2093, -2096

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00295 and IPR2014-00476.

---

**ON MOTION**

---

**O R D E R**

Wasica Finance GmbH and Bluearc Finance AG (collectively, "Wasica") submit motions to consolidate the above-captioned appeals. Continental Automotive Systems, Inc. opposes the motions. Schrader-Bridgeport

International, Inc., Sensata Technologies Holding NV, and SI International (Topco), Inc., do not oppose the motions based on Wasica's representation regarding the issues they are appealing.

    Upon consideration thereof,

    IT IS ORDERED THAT:

    The motions are granted. The appeals are consolidated. The revised official caption is reflected above. Wasica's opening brief is due no later than November 30, 2015.

                                FOR THE COURT

                                /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court

s32